UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS,<br><br>Plaintiff,<br><br>v.<br><br>NANTUCKET PAVERS, INC.,<br><br>Defendant. | Case No. 1:23-cv-10770 |

**JOINT MOTION FOR ENTRY OF CONSENT DECREE**

Plaintiff Commonwealth of Massachusetts and Defendant Nantucket Pavers, Inc. (jointly "the Parties") respectfully ask this Court to enter their proposed Consent Decree, submitted as an Exhibit hereto.

On April 12, 2023 Plaintiff filed a Complaint and a Notice of Commencement of the 45-Day Period with this Court. The Notice informed the Court that the Parties had reached a proposed settlement, and a copy of the Parties' executed proposed Consent Decree was appended to Plaintiff's Notice.

Under Section 505(c)(3) of the Clean Water Act, the United States has 45 days from receipt of the proposed Consent Judgment to complete its review and comment to the Court. The United States informed the Parties and the Court that the 45-day period ends on May 29, 2023, and that it does not have any objection to the Consent Decree. Accordingly, the Parties request that the Consent Decree be entered. A copy of a letter from the United States Department of Justice is submitted as an Exhibit hereto.

*Joint motion allowed. /s/ NMGorton, USDJ 06/12/2023*